STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Jonathan.Lee@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGIO LUIZ CRUZ ESPARZA,<br><br>    Defendant. | CASE NO. CR 20-0308 YGR<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO POSTPONE SENTENCING HEARING TO NOVEMBER 18, 2021 AND TO EXCLUDE TIME FROM OCTOBER 28, 2021 TO NOVEMBER 18, 2021 UNDER THE SPEEDY TRIAL ACT** |

STIPULATION AND ~~PROPOSED~~ ORDER
CR 20-0308 YGR

1    There is a pending plea and sentencing hearing set for October 28, 2021. The parties through counsel have met and conferred with the Probation Officer about a brief postponement of the hearing to allow for the orderly completion of the Presentence Investigation Report. As a result, the parties and Probation stipulate to postpone the plea and sentencing hearing from October 28, 2021 to November 18, 2021 at 10:30 a.m.

The parties agree and jointly request that the time from October 28, 2021 to November 18, 2021 be excluded from the Speedy Trial Act for the effective preparation of counsel and for continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice are served by excluding the time from October 28, 2021 to November 18, 2021, from computation under the Speedy Trial Act, and the exclusion of time will and hereby does outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Probation Officer is available on November 18, 2021 at 10:30 a.m.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: August 31, 2021                                 /s/
                                                     JEROME MATTHEWS
                                                     Attorney for SERGIO LUIZ CRUZ ESPARZA


Dated: August 31, 2021                                 /s/
                                                     JONATHAN U. LEE
                                                     Assistant United States Attorney
                                                     Attorney for the UNITED STATES OF AMERICA

STIPULATION AND ~~PROPOSE~~D ORDER
CR 20-308 YGR                                          1

**(PROPOSED) ORDER**

The pending plea and sentencing hearing is postponed from October 28, 2021 to November 18, 2021 at 10:30 a.m.

Furthermore, based upon the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time between October 28, 2021 to November 18, 2021 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice are served by excluding the time between October 28, 2021 to November 18, 2021, from computation under the Speedy Trial Act and the exclusion of time will and hereby does outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 28, 2021 to November 18, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 31, 2021

HONORABLE YVONNE GONZALEZ ROGERS
United States District Court Judge

STIPULATION AND ~~PROPOSE~~D ORDER
CR 20-308 YGR                           2